CO-386-online
10/03

# United States District Court
# For the District of Columbia

SPECIAL OLYMPICS, INC.            )
                                  )
                                  )
                                  )
                        Plaintiff )
        vs                        )   Civil Action No._____
                                  )
COLD BEAR WEAR, INC., PAUL HERBERT, )
and CHRISTOPHER E. SICKLES        )
                                  )
                        Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiff_____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Special Olympics, Inc._____ which have

any outstanding securities in the hands of the public:

There are no parent companies, subsidiaries or affiliates of Special Olympics, Inc. that have any outstanding securities in the hands of the public

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

206425
BAR IDENTIFICATION NO.

Edward T. Colbert
Print Name

1500 K Street, NW
Address

Washington    DC         20005
City          State      Zip Code

202-220-4280
Phone Number